UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LEE SHELTON EAVES, | Case No. 17-cv-03976-SI |
| Plaintiff, | |
| v. | **ORDER** |
| | Re: Dkt. No. 9 |
| NANCY A. BERRYHILL, | |
| Defendant. | |

Plaintiff Theodore Lee filed a "Motion for a lawyer (appointment)." Dkt. No. 9. The Court again refers plaintiff to the Legal Help Center. Plaintiff may make an appointment by calling (415) 782-8982 or by signing up in the appointment book located on the table outside the door of the Legal Help Center in the federal building at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. Picture ID is required to enter the federal building. More information about the Legal Help Center is available at http://www.cand.uscourts.gov/legal-help.

**IT IS SO ORDERED**.

Dated: August 3, 2017

_____

SUSAN ILLSTON
United States District Judge