UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LEE,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 17-cv-03976-SI<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF'S OPPOSITION** |

This is a Social Security appeal that plaintiff Theodore Lee filed pro se on July 14, 2017. On September 18, 2017, the defendant filed a motion to dismiss Mr. Lee's complaint and mailed a copy of the motion to Mr. Lee's address on file. Docket Nos. 18, 19. Mr. Lee's opposition brief was due on October 2, 2017. He has not filed an opposition.

The Court will grant Mr. Lee a short extension of time to file his opposition to the defendant's motion to dismiss. **Mr. Lee's opposition brief is now due on November 6, 2017**. If he does not file an opposition, the Court will decide the motion based on the papers submitted at that time. The Court also advises Mr. Lee that free assistance is available at the Northern District's Pro Se Help Desk (415-782-8982) and at http://cand.uscourts.gov/helpcentersf.

**IT IS SO ORDERED**.

Dated: October 23, 2017

SUSAN ILLSTON
United States District Judge