UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THEODORE LEE,

        Plaintiff,

  v.

NANCY A. BERRYHILL,

        Defendant.

Case No. 17-cv-03976-SI

**JUDGMENT**

Plaintiff's action is dismissed for lack of jurisdiction, because plaintiff has not exhausted his administrative remedies under the Social Security Act. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 13, 2017

_____
SUSAN ILLSTON
United States District Judge