UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE LEE,<br><br>   Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL,<br><br>   Defendant. | Case No. 17-cv-03976-SI<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 23 |

Plaintiff Theodore Lee has filed this case, pro se (representing himself), to challenge his denial of Supplemental Security Income (SSI).[1] On November 13, 2017, the Court dismissed Mr. Lee's case. Docket No. 21.

On November 17, 2017, the Court received an opposition/motion from Mr. Lee (through his aunt, Ms. Watson), asking the Court to reconsider its decision and to grant Mr. Lee SSI. Docket No. 23. The Court has read all of the papers that Mr. Lee filed in this case, including the statements that he was poisoned by illegal drugs that made him schizophrenic. The Court is sympathetic to Mr. Lee's situation. However, this Court cannot do what Mr. Lee asks. As the Court explained in its November 13 Order, this Court is only able to decide Social Security appeals <u>after</u> the Social Security Administration has made a final decision on Mr. Lee's case. This means that Mr. Lee must have a hearing before an Administrative Law Judge and receive a decision from that judge. If that judge denies Mr. Lee SSI, then Mr. Lee may ask the Appeals Council to review that decision. If the Appeals Council denies Mr. Lee SSI, then Mr. Lee may file a <u>new</u> case in this court. This case is now closed.

---

[1] The papers in this case appear to be completed by Mr. Lee's aunt, Jacqueline Watson.

If Mr. Lee needs further information, he should contact the Legal Help Center. The Legal Help Center does not cost money; the service is free. **Mr. Lee may make an appointment by calling (415) 782-8982** or by signing up in the appointment book located on the table outside the door of the Legal Help Center in the federal building at 450 Golden Gate Avenue, 15th Floor, Room 2796, San Francisco, CA 94102. Picture ID is required to enter the federal building. More information about the Legal Help Center is available at http://www.cand.uscourts.gov/legal-help.

**IT IS SO ORDERED**.

Dated: December 5, 2017

_____
SUSAN ILLSTON
United States District Judge